RECEIVED
APR 2 0 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TIMOTHY D. EARLY | CIVIL ACTION NO. 6:09-CV-00288 |
| VERSUS | JUDGE DOHERTY |
| WISE WELL INTERVENTION SERVICES, INC., ET AL | MAGISTRATE JUDGE HILL |

## ORDER

Considering the foregoing Memorandum Ruling, the motion summary judgment filed by Liberty Mutual Insurance Company [Doc. 210], in which SeaBright Insurance Company joins [Doc. 217], is DENIED.

Within five (5) days of receipt of this Order, counsel for Liberty Mutual is to contact all counsel and this Court to set a telephone conference; at the telephone conference, the Court will determine whether the current trial setting can be maintained.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___20___ day of April, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE